# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1530. FREDY LOPEZ v. THE STATE.**

In 2017, Fredy Lopez pled guilty to aggravated sodomy. Lopez did not file a timely appeal. Lopez filed a pro se motion for out-of-time appeal in July 2021, which he amended through counsel in January 2022. The trial court dismissed the motion for out-of-time appeal, and Lopez filed this appeal.

In *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022), the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. Lopez, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Thus, the trial court correctly determined that it did not have jurisdiction to grant Lopez's motion for out-of-time appeal, and — pretermitting whether Lopez remained represented by counsel when he filed his notice of appeal, which would render the appeal a nullity — the trial court's order dismissing the motion does not present a cognizable basis for an appeal. See *Henderson v. State*, 303 Ga. 241, 244 (2) (811 SE2d 388) (2018). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 12/07/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.